FRANK F. STEVENS, Appellant, v. CHARLES S. BUTLER et al., Respondents.

108 615
108 637

(Argued December 5, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made July 3, 1885, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*William H. Henderson* for appellant.

*Frank W. Stevens* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.